NUMBER 13-03-016-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI


____________________________________________________________________


 IN RE: GUARDIANSHIP OF FRIEDA McCALLON AGEE, A NON COMPOS MENTIS

____________________________________________________________________


On appeal from the County Court at Law No. 2 

of Cameron County, Texas.

____________________________________________________________________



MEMORANDUM OPINION

 

Before Justices Hinojosa, Rodriguez, and Garza

Opinion Per Curiam



 Appellants, Julee M. Magness and Martha M. Schlottman , gave notice of their intent to appeal an order entered by the
County Court at Law No. 2 of Cameron County, Texas, in cause number 2000-CGC-00017-B . After the notice of appeal
was filed, appellants filed a motion to withdraw notice of appeal. In the motion, appellants state that they have concluded
that the order from which this appeal arises is not final and appealable and that the notice of appeal is premature and should
be withdrawn.

 The Court, having considered the documents on file and appellants' motion to withdraw notice of appeal, is of the opinion
that the motion should be granted. Appellants' motion to withdraw notice of appeal is granted, and the appeal is hereby
DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 27th day of February, 2003 .